RONALD WILCOX, ESQ. Bar No. 176601
2160 The Alameda, Suite F
San Jose, CA 95008
(408) 296-0400

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re: George Nielsen               )
      Deborah Nielsen          )
                 Debtors  )  Case No. 08-57272 ASW
                      )
                      )
                      )  Chapter 7
                      )  Judge: Hon. A. S. Weissbrodt
                      )
_____)

## **MOTION TO CONVERT FROM CHAPTER 7 TO CHAPTER 13**

The Debtors, pursuant to 11 U.S.C. Section 706(a) hereby elect to convert their above-captioned chapter 7 case to a case under chapter 13 of the Bankruptcy Code. The Debtors are entitled to convert this case because:

1. This case, filed on December 16, 2008, is a case under chapter 7 of the Bankruptcy Code.

2. The Debtors are eligible to be Debtors under chapter 13 of the Bankruptcy Code.

WHEREFORE, the Debtors pray for relief under chapter 13 of the Bankruptcy Code.

Dated: 02/12/2009


/s/ Ronald Wilcox
RONALD WILCOX
COUNSEL FOR THE DEBTORS

1