RONALD WILCOX, ESQ. Bar No. 176601
2160 The Alameda, Suite F
San Jose, CA 95008
(408) 296-0400

UNITED STATES BANKRUPTCY COURT

<u>NORTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

| | |
|---|---|
| In re: George Nielsen ) | |
| Deborah Nielsen ) | |
| Debtors ) | Case No. 08-57272 ASW |
| ) | |
| ) | Chapter 7 |
| ) | Judge: Hon. A. S. Weissbrodt |
| ) | |
| _____ ) | |

**AMENDED NOTICE OF MOTION TO CONVERT FROM
CHAPTER 7 TO CHAPTER 13**

NOTICE IS HEREBY GIVEN that the Debtors have filed a Motion to Convert From Chapter 7 To Chapter 13. Pursuant to the procedures prescribed by Local Rule 4001-4: 1) If the court finds that the debtor is eligible for relief under chapter 13, then the court may issue its order converting the case to chapter 13 after the passage of 10 days following service of such motion, if no party in interest has filed an objection to such conversion. 2) Any objections to conversion must be filed within 10 days from service of the motion to convert, and shall be served on the debtor, the chapter 7 trustee, and the U.S. Trustee. If an objection is timely filed and served, the debtor must schedule a hearing on the motion and the objection, to be held on not less than 7 nor more than 15 days notice to the objecting party, the chapter 7 trustee and the U.S. Trustee. 3) The court will not take testimony at the hearing, and may at that time rule on the objection if there is no genuine issue of material fact.

Dated: <u>03/18/2009</u>

/s/ Ronald Wilcox
RONALD WILCOX
COUNSEL FOR THE DEBTORS