RONALD WILCOX, ESQ. Bar No. 176601
2160 The Alameda, Suite F
San Jose, CA 95008
(408) 296-0400

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: George Nielsen )
      Deborah Nielsen )
                    Debtors ) Case No. 08-57272 ASW
                                    )
                                    )
                                    ) Chapter 7
                                    ) Judge: Hon. A. S. Weissbrodt
                                    )
_____ )

**Request For Default Order Re: Motion To Convert From Chapter 7 To Chapter 13**

The undersigned declares:

1. I am the attorney for the Debtors in the above action.
2. Debtors filed a Motion To Convert From Chapter 7 To Chapter 13 on February 17, 2009.
3. Copies of the Motion To Convert From Chapter 7 To Chapter 13 and Notice Of Motion To Convert From Chapter 7 To Chapter 13 have been served on all parties entitled to service by regular mail. Other parties who accept electronic notice have received such notice.
4. Debtors request that an Order Converting From Chapter 7 to Chapter 3 as proposed in said Motion be granted. The undersigned declares that his office has not received a request for a hearing within the time provided.

I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 04/20/2009                     /s/ Ronald Wilcox
                                             RONALD WILCOX
                                             COUNSEL FOR THE DEBTORS