RONALD WILCOX, ESQ. Bar No. 176601
2160 The Alameda, Suite F
San Jose, CA 95008
(408) 296-0400

Entered on Docket
April 24, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed April 24, 2009



Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: George Nielsen <br> Deborah Nielsen <br>          Debtors | ) <br> ) <br> ) Case No. 08-57272ASW <br> ) <br> ) <br> ) Chapter 7 <br> ) Judge: Hon. A. S. Weissbrodt <br> ) <br> ) |

## ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13

The Debtors brought a motion to convert from chapter 7 to chapter 13 pursuant to 11 U.S.C. Section 706(a). The Debtors are entitled to convert this case because:

1. This case, filed on December 16, 2008, is a case under chapter 7 of the Bankruptcy Code.

2. 2. The Debtors are eligible to be Debtors under chapter 13 of the Bankruptcy Code.

3. All parties were served with a copy of the Motion To Convert From Chapter 7 To Chapter 13 and the Amended Notice Of Motion To Convert From Chapter 7 To Chapter 13 on March 18, 2009. No objections have been filed.

FOR GOOD CAUSE, the motion to convert from chapter 7 to chapter 13, as put forth in the motion, is hereby APPROVED.

End of Order

Court Service List

George & Deborah Nielsen
6055 Fairhope Place
San Jose, CA 95123

Mohamed Poonja, Trustee
PO Box 1510
Los Altos, CA 94023-1510

GE Money Bank
C/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh