**Entered on Docket**
**August 17, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



RONALD WILCOX, ATTORNEY #176601
2160 THE ALAMEDA, SUITE F
SAN JOSE, CA 95126
(408) 296-0400

**IT IS SO ORDERED.**
**Signed August 17, 2009**

*Arthur S. Weissbrodt*
Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: George Raymond Nielsen
Deborah Ann Nielsen

Chapter 13
Case No. 08-57272 ASW

STATEMENT OF RESOLUTION; ORDER

Debtor(s) _____/

The Trustee's objection to Confirmation was withdrawn on August 13, 2009. The case is ready to be confirmed.

Dated: 8/14/2009

Ronald Wilcox, Attorney for Debtors

Dated: _____

Objecting Party or Counsel

All objections to confirmation having been resolved, the Trustee agrees to move the confirmation hearing originally set for SEPTEMBER 14, 2009 @ 2pm to the calendar set for AUGUST 18, 2009 @ 2pm

Dated: AUGUST 14, 2009

DEVIN DERHAM-BURK, Trustee

** END OF ORDER **

Rev. 2/05

**COURT SERVICE LIST**

Case Name:  GEORGE RAYMOND NIELSEN                                  Case No.: 08-57272 ASW
            DEBORAH ANN NIELSEN


GEORGE RAYMOND NIELSEN
DEBORAH ANN NIELSEN
6055 FAIRHOPE PL
SAN JOSE, CA  95123


RONALD WILCOX ESQ
2160 THE ALAMEDA 1ST FL #F
SAN JOSE, CA  95126