# United States Bankruptcy Court

Northern District of California
Case No. 08-57272
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| George Raymond Nielsen<br>6055 Fairhope Place<br>San Jose CA 95123 | Deborah Ann Nielsen<br>6055 Fairhope Place<br>San Jose CA 95123 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/23/2011.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/25/11

Gloria L. Franklin
**CLERK OF THE COURT**

```
                         United States Bankruptcy Court
                         Northern District of California
In re:                                                        Case No. 08-57272-ASW
George Raymond Nielsen                                        Chapter 13
Deborah Ann Nielsen
           Debtors
                              CERTIFICATE OF NOTICE
District/off: 0971-5          User: nortiz              Page 1 of 2          Date Rcvd: Dec 23, 2011
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 9979328       E-mail/Text: resurgentbknotifications@resurgent.com Dec 24 2011 02:26:55     Roundup Funding, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2011**                    **Signature:**      *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2011 at the address(es) listed below:

        Alexandra DeLateur　　on behalf of Trustee Devin Derham-Burk ctdocs@ch13sj.com
        Devin Derham-Burk　　ctdocs@ch13sj.com
        Grace Feldman　　on behalf of Creditor Wells Fargo Auto Finance grace@apnagellaw.com
        Les Zieve　　on behalf of Requestor Ocwen Loan Servicing, LLC bankruptcy@zievelaw.com, mle@zievelaw.com
        Office of the U.S. Trustee / SJ　　USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
        Ronald Wilcox　　on behalf of Debtor George Nielsen ronaldwilcox@post.harvard.edu

                                                                                                                               TOTAL: 6