In re: George Raymond Nielsen and Deborah Ann
Nielsen

Bankruptcy No.: 08-57272
R.S. No.: DIS#10332
Hearing Date: July 18, 2012
Time: 2:15 A.M.

Debtor(s)

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 12/16/2008     Chapter: 13
Prior hearings on this obligation: None     Last Day to File §523/§727 Complaints: 03/10/2009

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): 6055 Fairhope Place, San Jose California 95123

| | | | |
|---|---|---|---|
| Secured Creditor ☐ | or lessor ☐ | | |
| Fair market value: | $ 0.00 | Source of value: | |
| Contract Balance: | $ 0.00 | Pre-Petition Default: | $ 0.00 |
| Monthly Payment: | $ 0.00 | No. of months: | |
| Insurance Advance: | $ 0.00 | Post-Petition Default: | $ 0.00 |
| | | No. of months: | |

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Single Family Resident, San Jose, CA

Fair market value: $ 600,000.00     Source of value: Schedule D

If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

| | | | |
|---|---|---|---|
| Approx. Bal.: | $ 500,878.29 | Pre-Petition Default: | $ N/A |
| As of (date): | 05/01/2012 | No. of months: | N/A |
| Mo. Payment: | $ 2,259.38 | Post-Petition Default: | $ 13,556.28 |
| Notice of Default (date): | N/A | No. of months: | 6 |
| Notice of Trustee's Sale: | N/A | Advances Senior Liens: | $ |

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | | Amount | Mo. Payment | Defaults |
|---|---|---|---|---|
| 1st Trust Deed: | Movant | $ 500,878.29 | $ 2,259.38 | $ 13,556.28 |
| 2nd Trust Deed: | Wells Fargo Services | $ 140,000.00 | $ 0.00 | $ 0.00 |
| _____ : | | 0.00 | 0.00 | 0.00 |
| _____ : | | 0.00 | 0.00 | 0.00 |
| _____ : | | 0.00 | 0.00 | 0.00 |
| | (Total) $ | 640,878.29 | $ 2,259.38 | $ 13,556.28 |

(D) Other pertinent information: Debtors has failed to make the required post-petition payments to Movant

/s/ Daniel I. Singer
Signature

Dated: 6/28/12

Daniel I. Singer
Print or Type Name

Attorney for Deutsche Bank National Trust Company, as trustee for the registered holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2

NDC-004