**LAW OFFICES OF LES ZIEVE**
**DANIEL I. SINGER, ESQ. #227907**
**18377 Beach Blvd. Suite 210**
**Huntington Beach, CA 92648**
**(714) 848-7920**
**(714) 848-7650 Fax**
**bankruptcy@zievelaw.com**

Counsel for Movant
Deutsche Bank National Trust Company, as trustee for the registered holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>George Raymond Nielsen and Deborah Ann Nielsen,<br><br>Debtor.<br>_____<br><br>Deutsche Bank National Trust Company, as trustee for the registered holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2, its assignees and/or successors in interest,<br><br>Movant,<br><br>vs.<br><br>George Raymond Nielsen and Deborah Ann Nielsen, Devin Derham-Burk, Trustee,<br><br>Respondents.<br>_____ | Bk. No: 08-57272<br><br>RS No. DIS#10332<br><br>CHAPTER 13<br><br>**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**HEARING:**<br>Date:   July 18, 2012<br>Time:  2:15 P.M.<br>Place:  3020<br>          280 South First Street<br>          San Jose, CA 95113 |

TO ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that on July 18, 2012 at 2:15 P.M., in Courtroom 3020 of the United States Bankruptcy Court, located at 280 South First Street, San Jose, CA 95113, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, the undersigned shall move the Court for an order terminating the automatic stay as to the enforcement of its state law remedies against the real property described in the supporting documents filed and served herewith.

In the event neither the Debtors nor their counsel appear at the hearing on this Motion, the Court may grant relief from the automatic stay thereby permitting Movant to foreclose on the Debtors' real property located at 6055 Fairhope Place, San Jose, California 95123, and obtain possession of said property without further hearing.

DATED: June 28, 2012          Respectfully submitted

**LAW OFFICES OF LES ZIEVE**

/s/ Daniel I. Singer

By: DANIEL I. SINGER
Counsel for Movant