RONALD WILCOX, ESQ.   Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400

UNITED STATES BANKRUPTCY COURT

<u>NORTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

| | |
|---|---|
| In re: George Nielsen<br>       Deborah Nielsen<br><br>       Petitioners | ) Case No.  08-57272 ASW<br>)<br>) Chapter 13<br>)  Date: October 17, 2012<br>)  Time: 2:30PM<br>) Judge:  Hon. A. S. Weissbrodt |

**PRE-HEARING STATEMENT REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY**

      The parties are close to resolving the Motion for Relief and entering into an Adequate Protection Order.  The remaining dispute is the amount of time needed by the Petitioners to cure the post-petition delinquency.  Petitioners have requested 9 months to cure the delinquency; however, the Law Offices of Les Zieve has indicated that their client limits their authorization to enter into an Adequate Protection Order for a 6 month cure, but that they would not oppose 9 months to cure the post-petition delinquency if ordered by the Court.

      In sum, on October 4, 2012, Petitioners received an email from the Law Offices of Les Zieve.  The email included an updated ledger that resolved the post-petition delinquency discrepancy.  Both parties agree that the post-petition delinquency is $10,884.83, plus post-petition fees as set forth in the Motion for Relief.

      **THEREFORE,**

Pre Hearing Statement

1

Case: 08-57272    Doc# 72    Filed: 10/11/12    Entered: 10/11/12 14:12:50    Page 1 of 2

A) Petitioners respectfully request that the Court order Creditor, Deutsche Bank National Trust Company, to enter into an Adequate Protection Order that allows petitioners 9 months to cure the post-petition delinquency.

B) For such other and further relief as the Court deems just and proper.

Dated: 10/11/2012 /s/ Ronald Wilcox
RONALD WILCOX
COUNSEL FOR PETITIONERS