**LAW OFFICES OF LES ZIEVE**
**DANIEL I. SINGER, ESQ. #227907**
**JENNIFER A. BENDER, ESQ. #244478**
**18377 Beach Blvd. Suite 210**
**Huntington Beach, CA 92648**
**(714) 848-7920**
**(714) 848-7650 Fax**
**bankruptcy@zievelaw.com**

Counsel for Movant
Deutsche Bank National Trust Company, as trustee for the registered holders of DSLA Mortgage
Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) BK. No. 08-57272 |
| | ) |
| George Raymond Nielsen and Deborah Ann | ) RS No. DIS#10332 |
| Nielsen, | ) |
| | ) CHAPTER 13 |
| Debtors. | ) |
| —————————————————————— | ) **CERTIFICATE OF SERVICE** |
| | ) |
| Deutsche Bank National Trust Company, as | ) |
| trustee for the registered holders of DSLA | ) **HEARING:** |
| Mortgage Loan Trust Mortgage Loan Pass- | ) Date: October 17, 2012 |
| Through Certificates, Series 2006-AR2, its | ) Time: 2:30 P.M. |
| assignees and/or successors in interest, | ) Place: Courtroom 3020 |
| | ) 280 South First Street |
| Movant, | ) San Jose, CA 95113 |
| vs. | ) |
| | ) |
| George Raymond Nielsen and Deborah Ann | ) |
| Nielsen, Devin Derham-Burk, Trustee, | ) |
| | ) |
| Respondents. | ) |
| —————————————————————— | ) |

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I, **Michele Dapello**, certify that I am a resident of Orange County, California. I am over the

age of 18 years and am not a party to the within action. My business address is 18377 Beach Blvd.,

Suite 210, Huntington Beach, California 92648.

On **November 1, 2012,** I served the within **ORDER MODIFYING AUTOMATIC STAY AND FOR ADEQUATE PROTECTION; CERTIFICATE OF SERVICE** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Huntington Beach, California, addressed as follows:

**George Raymond Nielsen and Deborah Ann Nielsen, Debtors**
6055 Fairhope Place
San Jose, CA 95123
SANTA CLARA-CA

**Ronald Wilcox, Attorney**
1900 The Alameda #530
San Jose CA 95126

**Devin Derham-Burk, Trustee**
P.O. Box 50013
San Jose CA 95150-0013

**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

**Wells Fargo Services, Second Lien**
**To the attention of an officer, a managing or**
**general agent, or to any other agent authorized**
**by appointment of law to receive service of process:**
PO Box 54780
Los Angeles, CA 90054-0780

I certify under penalty of perjury the foregoing is true and correct.

Executed on **November 1, 2012** at Huntington Beach, California.

_____/s/ Michele Dapello_____
**Michele Dapello**