1  LAW OFFICES OF LES ZIEVE
   DANIEL I. SINGER, ESQ. #227907
2  JENNIFER A. BENDER, ESQ. #244478
   18377 Beach Blvd., Suite 210
3  Huntington Beach, CA 92648
   (714) 848-7920
4  (714) 848-7650 Fax
   bankruptcy@zievelaw.com
5
6  Counsel for Movant
   Deutsche Bank National Trust Company, as trustee for the Registered holders of DSLA
7  Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2

The following constitutes the
Order of the Court. Signed 11/15 20 12

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>George Raymond Nielsen and Deborah Ann Nielsen,<br><br>Debtors.<br>_____<br>Deutsche Bank National Trust Company, as trustee for the registered holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2, its assignees and/or successors in interest,<br><br>Movant,<br><br>vs.<br><br>George Raymond Nielsen and Deborah Ann Nielsen, Debtors,<br>Devin Derham-Burk, Trustee,<br><br>Respondents. | Case No. 08-57272<br><br>R.S. DIS#10332<br><br>CHAPTER 13<br><br>**ORDER MODIFYING AUTOMATIC STAY AND FOR ADEQUATE PROTECTION**<br><br>**HEARING:**<br>Date:  October 17, 2012<br>Time:  2:30 p.m.<br>Place: Courtroom 3020<br>       U.S. Bankruptcy Court<br>       280 South First Street<br>       San Jose, CA |

It is hereby ordered by and between Movant Deutsche Bank National Trust Company, as trustee for the registered holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2, its assignees and/or successors in interest

1

("Movant"), and Debtors George Raymond Nielsen and Deborah Ann Nielsen ("Debtors"), as follows:

1. **IT IS HEREBY ORDERED** that the automatic stay as it affects Movant's interest in the real property generally described as 6055 Fairhope Place, San Jose, California 95123, shall remain in effect, unless otherwise extinguished by operation of law, provided Debtors comply with all of the provisions set forth below.

2. **IT IS FURTHER ORDERED** that Debtors shall maintain regular monthly payments on Movant's first deed of trust obligation, in a timely fashion, beginning with the November 1, 2012 payment, and continuing thereafter on the first (1st) day of each month. Payments are due on the first (1st) day of each month and are delinquent after the fifteenth (15th) day of each month. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due to Movant hereunder shall be paid to Movant at the following address:

> Ocwen Loan Servicing, LLC
> Attention: Cashiering Department
> P.O. Box 24781
> West Palm Beach, FL 33416

3. **IT IS FURTHER ORDERED** that the that Debtors shall cure the post-petition arrears through October 31, 2012 in the amount of $13,945.21, in nine (9) equal monthly installments of $1,549.47 each, beginning November 15, 2012 and continuing each month thereafter through and including July 15, 2013.

4. **IT IS FURTHER ORDERED** that in the event Debtors fail to timely or properly comply with the payment provisions set forth in paragraphs 2 and 3 hereinabove, Movant may file and serve a Declaration Re: Non-Compliance on Debtors and Debtors' counsel. Debtors shall then have ten (10) days from the date of service of the Declaration Re: Non-Compliance within which to cure the existing breach. If Debtors fail to do so, then on the eleventh (11th) day, Movant may serve and lodge a Declaration Re: Non-Cure of Default, along with a final Order for Relief from the Automatic Stay. The Court shall cause said Order to be entered. Upon entry of said Order, the automatic stay in the above-entitled bankruptcy proceeding shall be immediately vacated and extinguished to allow Movant to record a Notice of

2

Default and Election to Sell under Deed of Trust ("Notice of Default") with respect to the Property.

5. **IT IS FURTHER ORDERED** that after the lapse of three (3) months from the recording of the Notice of Default, Movant may restore its Motion for Relief from the Automatic Stay to the Court's calendar for further hearing upon fifteen (15) days' notice at any time.

6. **IT IS FURTHER ORDERED** that if the loan secured by Movant's first deed of trust obligation is non-escrowed, then Debtors shall maintain property taxes and current hazard insurance for the Property, and provide proof of said insurance to Movant on a timely basis.

7. **IT IS FURTHER ORDERED** that the acceptance by Movant of a late or partial payment(s) shall not act as a waiver of Movant's right to proceed hereunder.

8. **IT IS FURTHER ORDERED** that the 14-day stay set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived for the purposes of both this Order and Order prospectively contemplated in paragraph 4 above.

9. ~~**IT IS FURTHER ORDERED** in the event this case is converted to a Chapter 7 proceeding the automatic stay shall be terminated as to Debtors only without further notice, order, or proceedings of the Court. If the automatic stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against Debtors.~~ [not in court minutes. see attached. /ASW/]

10. **IT IS FURTHER ORDERED** that the foregoing terms and conditions shall only be binding during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against Debtors.

11. **IT IS FURTHER ORDERED** that Movant shall be permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtors.

**\*\*END OF ORDER\*\***

October 17, 2012

Hearing Held (related document(s): 65 Motion for Relief From Stay filed by Deutsche Bank National Trust Company, as Trustee for the Registered Holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2) Per agreement of the parties as articulated on the record by Mr. Passaretti, the parties shall upload an order reflecting a 9 month cure and NOD only. (bg ) (Entered: 10/17/2012)

**COURT SERVICE LIST**

Case: 08-57272    Doc# 74    Filed: 11/15/12    Entered: 11/15/12 15:27:00    Page 5 of 5