Ronald Wilcox, Esq. #176601
1900 The Alameda, Suite 530
San Jose, CA 95126
(408) 296-0400

**UNITED STATES BANKRUPTCY COURT**
**<u>NORTHERN</u> DISTRICT OF <u>CALIFORNIA</u>**

In re:   George Nielsen           )   Case # 08-5-7272-asw
         Deborah Nielsen          )
                                  )   Chapter 13
                                  )   Judge: Hon. Arthur S. Weisbrodt
                                  )
                                  )   **WITHDRAWAL OF DOCUMENT**
         _____Debtors_____

    I, RONALD WILCOX, in the above entitled action hereby withdraw document number 78 as it was filed in error.

    I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 7/30/2014 at San Jose, California.

                                      /s/ Ronald Wilcox
                                      Ronald Wilcox, Attorney