UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

George and Deborah Nielsen

Chapter
Case No. 08-5-7272-asw-13

REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM; DECLARATION; CERTIFICATE OF SERVICE
CLAIMANT: Ocwen Loan Servicing, LLC
CLAIM NO: 7

Debtor(s)_____/

The Debtor(s) [or Trustee] request(s) an Order sustaining the objection to the above claim pursuant to Local Rule 9014.
On 8/4/2014 , a copy of the OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE was served on Claimant as follows:

* Ocwen Loan Servicing, LLC
* 1661 Worthington Road, Suite 100
* West Palm Beach, Florida 33409
*

More than twenty (20) days have elapsed since such service and I have been served with no response or request for hearing. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 9/26/2014          /s/Ronald Wilcox
                          [Attorney for] Objecting Party

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within entitled action. My business address is 1900 The Alameda, Suite #530, San Jose, Ca 95126 . I served this REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM; DECLARATION; CERTIFICATE OF SERVICE by first-class United States Mail, postage pre-paid, at San Jose , California, on the date noted below and addressed to the Claimant above, and on those listed below. If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 9/26/2014          /s/Carmel Payne, Paralegal to Ronald Wilcox

* Ocwen Loan Servicing, LLC
* 1661 Worthington Road #100
* West Palm Beach, Florida 33409

* US Trustee
* 280 South First Street
* San Jose, Ca 95113

* George & Deborah Nielson
* 6055 Fairhope Place
* San Jose, Ca 95123

Rev. 2/05