Ronald Wilcox Attorney ar Law
Ronald Wilcox
1900 The Alameda Suite #530
San Jose, CA  95126

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  George Raymond Nielsen<br>Deborah Ann Nielsen | CASE NO: 08-57272<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 7/1/2015, I did cause a copy of the following documents, described below,

Motion to Avoid Lien of Wells Fargo Bank N.A.,

Notice of Opportunity For Hearing to Value Lien of Wells Fargo Bank N.A.

Declaration of George & Deborhan Nielsen in Support of Motion to Avoid Lien

Exhinit A-D to be attached to Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 7/1/2015

/s/ Ronald Wilcox
Ronald Wilcox  176601
Ronald Wilcox Attorney ar Law
1900 The Alameda Suite #530
San Jose, CA  95126
408 506 2856
carmel.office@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: George Raymond Nielsen<br>Deborah Ann Nielsen | CASE NO: 08-57272<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 7/1/2015, a copy of the following documents, described below,

Motion to Avoid Lien of Wells Fargo Bank N.A.,

Notice of Opportunity For Hearing to Value Lien of Wells Fargo Bank N.A.

Declaration of George & Deborhan Nielsen in Support of Motion to Avoid Lien

Exhinit A-D to be attached to Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/1/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ronald Wilcox Attorney ar Law
Ronald Wilcox
1900 The Alameda Suite #530
San Jose, CA  95126

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

```
LABEL MATRIX FOR LOCAL NOTICING      BANK OF AMERICA                   BANK OF AMERICA
0971-5                                PO BOX 1390                       PO BOX 15026
CASE 08-57272                         NORFOLK VA 23501-1390             WILMINGTON DE 19850-5026
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
WED JUL 1 11-01-04 PDT 2015


BANK OF AMERICA                       BANK OF AMERICA                   BANK OF AMERICA
PO BOX 15027                          PO BOX 982238                     PO BOX 15726
WILMINGTON DE 19850                   EL PASO TX 79998-2238             WILMINGTON DE 19886-5726


BANK OF AMERICA                       BANK OF AMERICA                   BARCLAYS BANK DELAWARE
PO BOX 17054                          PO BOX 2518                       125 S. WEST STREET
WILMINGTON DE 19850-7054              HOUSTON TX 77252-2518             WILMINGTON DE 19801-5014


JENNIFER A. BENDER                    BILL ME LATER                     CA EMPLOYMENT DEVELOPMENT DEPT.
LAW OFFICES OF LES ZIEVE              PO BOX 105658                     BANKRUPTCY GROUP MIC 92E
18377 BEACH BLVD. #210                ATLANTA GA 30348-5658             P.O. BOX 826880
HUNTINGTON BEACH CA 92648-1349                                          SACRAMENTO CA 94280-0001


CA FRANCHISE TAX BOARD                CIT BANKDFS                       CHASE
ATTN- SPECIAL PROCEDURES              12234 N IH 35 SB BLDG B           800 BROOKSEDGE BLVD.
P.O. BOX 2952                         AUSTIN TX 78753-1725              COLUMBUS OH 43081-2822
SACRAMENTO CA 95812-2952


CHASE                                 CHASE                             CITI
CARDMEMBER SERVICE                    PO BOX 15298                      PO BOX 6241
PO BOX 94014                          WILMINGTON DE 19850-5298          SIOUX FALLS SD 57117-6241
PALATINE IL 60094-4014


CITI CARD                             CITIBANK                          ALEXANDRA DELATEUR
BOX 6000                              PO BOX 790034                     OFFICE OF THE CHAPTER 13 TRUSTEE
THE LAKES NV 89163-6000               ST LOUIS MO 63179-0034            P.O. BOX 50013
                                                                        SAN JOSE CA 95150-0013


DELL FINANCIAL SERVICES L.L.C.        DELL FINANCIAL SERVICES           DEVIN DERHAM-BURK
CO RESURGENT CAPITAL SERVICES         P O BOX 81577                     P.O. BOX 50013
PO BOX 10390                          AUSTIN TX 78708-1577              SAN JOSE CA 95150-0013
GREENVILLE SC 29603-0390


DEUTSCHE BANK NATIONAL TRUST COMPANY  DIRECT TV                         DISCOVER FINANCIAL SERVICES LLC
AS TRU                                CARD SERVICES                     PO BOX 3025
CO LAW OFFICES OF LES ZIEVE           PO BOX 13337                      NEW ALBANY OH 43054-3025
18377 BEACH BLVD. STE. 210            PHILADELPHIA PA 19101-3337
HUNTINGTON BEACH CA 92648-1349
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
DISCOVER BANK                         DOWNEY SAVINGS                        DOWNEY SAVINGS & LOAN
DFS SERVICES LLC                      3501 JAMBOREE ROAD #410               3501 JAMBOREE ROAD #410
PO BOX 3025                           NEWPORT BEACH CA 92660-2939           NEWPORT BEACH CA 92660-2939
NEW ALBANY OHIO 43054-3025


EAST BAY FUNDING LLC                  GRACE FELDMAN                         FRANCHISE TAX BOARD
CO RESURGENT CAPITAL SERVICES         LAW OFFICES OF AUSTIN P. NAGEL        BANKRUPTCY UNIT
PO BOX 288                            111 DEERWOOD ROAD # 388               PO BOX 2952
GREENVILLE SC 29602-0288              SAN RAMON CA 94583-1551               SACRAMENTO CA 95812-2952


GE MONEY BANK                         GE MONEY BANK                         HFC
CO RECOVERY MANAGEMENT SYSTEMS CORP.  CARE OF RECOVERY MANAGEMENT SYSTEMS   PO BOX 1547
25 SE 2ND AVENUE SUITE 1120           CORP                                  CHESAPEAKE VA 23327-1547
MIAMI FL 33131-1605                     DBA QCARD
                                      25 SE 2ND AVE STE 1120
                                      MIAMI FL 33131-1605


HFC                                   HFC                                   HSBC BANK
PO BOX 17574                          PO BOX 9068                           PO BOX 5253
BALTIMORE MD 21297-1574               BRANDON FL 33509-9068                 CAROL STREAM IL 60197-5253


INTERNAL REVENUE SERVICE              JOANNE SERIO                          MACYS
CENTRALIZED INSOLVENCY OPERATIONS     1427 GLEN ELLEN WAY                   9111 DUKE BLVD.
PO BOX 7346                           SAN JOSE CA 95125-4639                MASON OH 45040-8999
PHILADELPHIA PA 19101-7346

                                                                            DEBTOR
MACYS                                 DEBORAH ANN NIELSEN                   GEORGE RAYMOND NIELSEN
PO BOX 8066                           6055 FAIRHOPE PLACE                   6055 FAIRHOPE PLACE
MASON OHIO 45040-8066                 SAN JOSE CA 95123-5365                SAN JOSE CA 95123-5365


OVCGEMB                               OCWEN LOAN SERVICING                  OCWEN LOAN SERVICING LLC
PO BOX 971402                         12650 INGENUITY DRIVE                 CO LAW OFFICES OF LES ZIEVE
EL PASO TX 79997-1402                 ORLANDO FL 32826-2703                 18377 BEACH BLVD. SUITE 210
                                                                            HUNTINGTON BEACH CA 92648-1349


OCWEN LOAN SERVICING LLC              OCWEN LOAN SERVICING LLC              OCWEN LOAN SERVICING LLC
CO LAW OFFICES OF LES ZIEVE           ATTN- BANKRUPTCY DEPARTMENT           LAW OFFICES OF LES ZIEVE
30 CORPORATE PARK SUITE 450           P.O. BOX 24605                        18377 BEACH BLVD. SUITE 210
IRVINE CA 92606-3401                  WEST PALM BEACH FL 33416-4605         HUNTINGTON BEACH CA 92648-1349


OFFICE OF THE U.S. TRUSTEE  SJ        PRA RECEIVABLES MANAGEMENT LLC        PYOD LLC ITS SUCCESSORS AND ASSIGNS
U.S. FEDERAL BLDG.                    AS AGENT OF PORTFOLIO RECOVERY        AS ASSIG
280 S 1ST ST. #268                    ASSOCS.                               CITIBANK
SAN JOSE CA 95113-3004                POB 41067                             CO RESURGENT CAPITAL SERVICES
                                      NORFOLK VA 23541-1067                 PO BOX 19008
                                                                            GREENVILLE SC 29602-9008
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
PORTFOLIO INVESTMENTS II LLC       QCARD                              QCARD
CO RECOVERY MANAGEMENT SYSTEMS     PO BOX 530905                      PO BOX 981462
CORPORAT                           ATLANTA GA 30353-0905              EL PASO TX 79998-1462
25 SE 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605


REWARD ZONE PROGRAM MASTERCARD     ROUNDUP FUNDING LLC                DANIEL I. SINGER
PO BOX 60102                       MS 550                             LAW OFFICES OF LES ZIEVE
CITY OF INDUSTRY CA 91716-0102     PO BOX 91121                       18377 BEACH BLVD. #210
                                   SEATTLE WA 98111-9221              HUNTINGTON BEACH CA 92648-1349


CALIFORNIA STATE BOARD OF          TARGET                             TARGET NATIONAL BANK
EQUALIZATION                       PO BOX 673                         PO BOX 59317
ACCOUNT REFERENCE GROUP MIC 29     MINNEAPOLIS. MN 55440-0673         MINNEAPOLIS MN 55459-0317
P O BOX 942879
SACRAMENTO CA 94279-0029


BRIAN H. TRAN                      U.S. ATTORNEY                      WELLS FARGO AUTO FINANCE
LAW OFFICES OF LES ZIEVE           CIVIL DIVISION                     CO LAW OFFICES OF AUSTIN P. NAGEL
30 CORPORATE PARK #450             450 GOLDEN GATE AVE.               111 DEERWOOD RD. STE. 305
IRVINE CA 92606-3401               SAN FRANCISCO CA 94102-3661        SAN RAMON CA 94583-1530


WELLS FARGO AUTO FINANCE           WELLS FARGO AUTO FINANCE INC.      WELLS FARGO BANK
PO BOX 29704                       PAYMENT PROCESSING                 711 W. BROADWAY ROAD
PHOENIX AZ 85038-9704              ATTN- MAC #S4017-012               TEMPE AZ 85282-1218
                                   PO BOX 29704
                                   PHOENIX AZ 85038-9704


WELLS FARGO BANK                   WELLS FARGO BANK                   WELLS FARGO BANK
PO BOX 31557                       PO BOX 5445                        PO BOX 54780
BILLINGS MT 59107-1557             PORTLAND OR 97228                  LOS ANGELES CA 90054-0780


WELLS FARGO BANK                   WELLS FARGO BANK                   WELLS FARGO BANK NA
PO BOX 94435                       CO CUSTOMER MANAGEMENT             PO BOX 10438
ALBUQERQUE NM 87199-4435           PO BOX 4233                        DES MOINES IA 50306-0438
                                   PORTLAND OR 97208-4233


WELLS FARGO BANK N.A.              WELLS FARGO BANK N.A.              WELLS FARGO CARD SERVICES
P. O. BOX 14469 MAC X2303-01M      CO WELLS FARGO CARD SERVICES       PO BOX 10347
DES MOINES IA 50306-3469           RECOVERY DEPARTMENT                DES MOINES IA 50306-0347
                                   P.O. BOX 9210
                                   DES MOINES IA 50306-9210


WELLS FARGO CARD SERVICES          WELLS FARGO FINANCIAL BANK         WELLS FARGO SERVICES
PO BOX 30086                       PO BOX 98791                       PO BOX 54780
LOS ANGELES CA 90030-0086          LAS VEGAS NV 89193-8791            LOS ANGELES CA 90054-0780
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

WELLS FARGO SERVICING CENTER
MAC Q2132-012
PO BOX 93399
ALBUQUERQUE NM 87199-3399

RONALD WILCOX
LAW OFFICES OF RONALD WILCOX
1900 THE ALAMEDA #530
SAN JOSE CA 95126-1437

LES ZIEVE
LAW OFFICES OF LES ZIEVE
30 CORPORATE PARK #450
IRVINE CA 92606-3401

ECAST SETTLEMENT CORPORATION ASSIGNEE
OF HSB
 NEVADA AND ITS ASSIGNS
 POB 35480
 NEWARK NJ 07193-5480