Form NTCMEH13

# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | | |
|---|---|---|
| In Re: | George Raymond Nielsen and Deborah Ann Nielsen | Case No.: 08−57272 MEH 13 |
| | | Chapter: 13 |

## REASSIGNMENT OF CASE

NOTICE TO BANKRUPTCY PRACTITIONERS, ATTORNEYS, TRUSTEES and INTERESTED PARTIES:

Effective July 1, 2015, the above case is reassigned from the Honorable Arthur S. Weissbrodt to the Honorable M. Elaine Hammond. The case number remains the same, however the designation will be changed from ASW to MEH.

All interested parties are directed to use the same case number, but change to the new designation in all documents filed hereafter with the court.

Notice is further given that effective July 1, 2015, unless otherwise ordered, all matters scheduled for hearings in the above−captioned case will be heard at 280 South First Street, San Jose, CA in Courtroom 3020. Please refer to the court website at http://www.canb.uscourts.gov/judge/hammond/calendar for more information regarding Judge Hammond's calendar.

Dated: 7/1/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court