# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: admin | Date Created: 07/01/2015 |
| Case: 08−57272 | Form ID: NTCMEH13 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Ronald Wilcox     ronaldwilcox@post.harvard.edu

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     George Raymond Nielsen     6055 Fairhope Place     San Jose, CA 95123
jdb     Deborah Ann Nielsen     6055 Fairhope Place     San Jose, CA 95123

TOTAL: 2