RONALD WILCOX, ESQ.   Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  Nielsen, George Raymond        ) Case No. 08-57272 MEH
        Nielsen, Deborah Ann            )
                                        )
              Debtors                   ) Chapter 13
                                        )
_____) Judge: Hon. M. Elaine Hammond

**AMENDED NOTICE OF OPPORTUNITY FOR HEARING ON
MOTION TO VALUE LIEN OF WELLS FARGO BANK, N.A.**

TO: DEVIN DERHAM-BURK, CHAPTER 13 TRUSTEE, and parties in interest:

NOTICE IS HEREBY GIVEN that the Petitioners have filed a Motion to Value Lien of Wells Fargo Bank, N.A. No hearing is being set at this time and no hearing will be held UNLESS an objecting party properly requests a hearing pursuant to Local Rule 9014-1.

PLEASE TAKE NOTICE that if any party in interest timely and properly requests a hearing pursuant to Local Rule 9014-1, a Hearing on the Petitioners' motion will be held on the holding date which will be obtained by counsel for the movant pursuant to Local Rule 9014-1 (b)(3)(B), or as soon thereafter as the matter may be heard, in the United States Bankruptcy Courtroom of the Honorable M. Elaine Hammond, 280 S. 1st Street, Courtroom 3020, 3rd Floor, San Jose, CA 95113.

Local Rule 9014-1(b)(3)(A) requires this NOTICE OF LOCAL RULE STANDARDS BE GIVEN FOR A NOTICE AND OPPORTUNITY FOR HEARING:

YOU ARE HEREBY NOTIFIED THAT UNLESS A PARTY REQUESTS A HEARING WITHIN 21 DAYS FROM THE DATE OF SERVICE OF THIS APPLICATION, THE COURT MAY GRANT THE RELIEF REQUESTED PURSUANT TO B.L.R. 9014-1(b)(1).

"Unless otherwise ordered, a party in interest may initiate a request for relief, without setting a hearing, regarding any matter within the scope of this rule, other than those matters described in B.L.R. 9014-1(b)(1).

(A) Notice. A request for relief governed by B.L.R. 9014-1(b)(3) shall be accompanied by a notice and shall state conspicuously:

(i) That Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the initiating party within 21 days of mailing of the notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of the law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and

(iv) Either:

(a) That the initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made; or

(b) The tentative hearing date."

Dated: 8/13/2015

/s/ Ronald Wilcox
RONALD WILCOX
COUNSEL FOR DEBTORS