RONALD WILCOX, ESQ.   Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re George Raymond Nielsen ) Case No. 08-57272-MEH
    Deborah Ann Nielsen )
)
    Debtor ) Chapter 13
)
)
)
) Judge: Hon. M. Elaine Hammond

**CERTIFICATE OF SERVICE BY MAIL**

**[B.R. 7005, F.R.C.P.5]**

    I declare as follows: I am a citizen of the United States. I am employed in the County of Santa Clara, California. My business address is 1900 The Alameda, Suite 530, San Jose, CA 95126. I am over the age of 18 years and am not a party to the within entitled cause. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in internal mail collection system at Ronald Wilcox Attorney at Law is deposited with the United States Postal Service that same day in the ordinary course of business. On **August 13, 2015**, a true and accurate photo-copy of the following documents:

    **1-  MOTION TO VALUE LIEN OF WELLS FARGO BANK, N.A.**

    **2-  DECLARATION OF GEORGE RAYMOND NIELSEN AND DEBORAH ANN NIELSEN IN SUPPORT OF MOTION TO VALUE LIEN OF WELLS FARGO BANK, N.A.**

3- **AMENDED NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO VALUE WELLS FARGO BANK, N.A., N.A.**

Were placed for service, in Ronald Wilcox's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

**BY CERTIFIED MAIL ONLY PURSUANT TO RULE 7004(H) and www.fdic.gov key demographic information regarding "Wells Fargo Bank, N.A." as of today's day attached hereto:**

Wells Fargo Bank, N.A.
Attn: Chief Executive Officer & Director John G. Stumpf
101 N. Phillips Ave.
Sioux Falls, SD 57104

Wells Fargo Bank, N.A.
Attn: Timothy Sloan Chief Financial Officer
101 N. Phillips Ave.
Sioux Falls, SD 57104

**By US Mail Only:**
**Debtor**:
George and Deborah Nielsen
6055 Fairhope Place
San Jose, CA 95123

**Senior Deed of Trust Holder**:
OCWEN Loan Servicing
1661 Worthington Rd. #100
West Palm Beach, FL 33409
*Address on Proof of Claim*

OCWEN Loan Servicing
Attn: Cashiering Department
PO Box 24781
West Palm Beach, FL 33416
*Address on Proof of Claim*

Wells Fargo Operations Center
PO Box 31557
MAC 695501B
Billings, MT 59107
*Address on Proof of Claim*

Certificate Of Service By Mail

2

| | |
|---|---|
| 1 | Wells Fargo Operations Center<br>PO Box 54780 |
| 2 | Los Angeles, CA 90054 |
| 3 | **Address on Proof of Claim** |
| 4 | **By Electronic Service Only:** |
| 5 | **Trustee:**<br>Devin Derham-Burk |
| 6 | Chapter 13 Trustee<br>PO Box 50013 |
| 7 | San Jose, CA 95150-0013<br>**Served Electronically Only** |
| 8 | |
| 9 | Office of the U.S. Trustee<br>U.S. Federal Building |
| 10 | 280 S. 1st Street #268<br>San Jose, CA 95113-3004 |
| 11 | **Served Electronically Only** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 13, 2015 at San Jose, CA.

/s/ Carmel Payne
Carmel Payne, Senior Paralegal for
Ronald Wilcox, Attorney
1900 The Alameda, Suite 530
San Jose, CA 95126