**Federal Deposit Insurance Corporation**

# Wells Fargo Bank, National Association (FDIC #: 3511)

Status: Active • Insured Since January 1, 1934

Wells Fargo Bank, National Association is an active bank

Data as of: August 5, 2015

| Overview | Locations | History | Identifications | Financials |

- **Wells Fargo & Company**
  Bank Holding Company
- **Wells Fargo Bank, National Association**
  Banking Institution
- **6244 Locations**
  Branches (Offices)

**Wells Fargo Bank, National Association** has 6244 domestic locations in 42 states, 0 locations in territories, and 37 foreign locations

| | |
|---|---|
| **Established:** | January 1, 1870 |
| **FDIC Certificate #:** | 3511 |
| **Insured:** | January 1, 1934 |
| **Bank Charter Class:** | National Bank |
| **Headquarters:** | 101 N. Phillips Avenue<br>Sioux Falls, SD 57104<br>Minnehaha County |
| **Regulated By:** | Office of the Comptroller of the Currency |
| **Consumer Assistance:** | http://www.helpwithmybank.gov |
| **Corporate Website:** | Web site not available |

Contact the FDIC about Wells Fargo Bank, National Association