DEVIN DERHAM-BURK, ESQ. #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE, ESQ. #256514
NANETTE DUMAS, ESQ. #148261
JANE Z. BOHRER, ESQ. #243692
P.O. BOX 50013
SAN JOSE, CA 95150-0013
TELEPHONE: (408) 354-4413
FACSIMILE: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| IN RE:<br><br>GEORGE RAYMOND NIELSEN<br>and DEBORAH ANN NIELSEN,<br><br>Debtors. | CHAPTER 13 CASE NO. 08-57272 MEH<br><br>**WITHDRAWAL OF TRUSTEE'S OPPOSITION TO MOTION TO VALUE LIEN OF WELLS FARGO BANK, N.A., AND REQUEST FOR HEARING**<br>(with attached Certificate of Service)<br><br>[NO HEARING SET] |

Devin Derham-Burk, Chapter 13 Standing Trustee (the "Trustee"), hereby withdraws the Trustee's Opposition To Motion To Value Lien Of Wells Fargo Bank, N.A., And Request For Hearing, filed on on July 22, 2015 [Docket #95].

Respectfully submitted,

Dated: August 14, 2015

/s/ Nanette Dumas
Attorney for Devin Derham-Burk,
Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL
# [B.R. 7005, F.R.C.P. 5, B.L.R. 9013-3(c)]

I am not less than 18 years of age and not a party to the within case. My business address is 983 University Avenue, Los Gatos, California. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at the Office of Devin Derham-Burk, Chapter 13 Standing Trustee is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. On August 14, 2015 a true and accurate photo-copy of the following described document,

**WITHDRAWAL OF TRUSTEE'S OPPOSITION TO MOTION TO VALUE LIEN OF WELLS FARGO BANK, N.A., AND REQUEST FOR HEARING**

was placed for service, in the Trustee's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| DEBTORS | COUNSEL FOR DEBTORS |
|---|---|
| **George Raymond Nielsen**<br>**Deborah Ann Nielsen**<br>6055 Fairhope Place<br>San Jose, CA 95123 | **Ronald Wilcox, Esq.**<br>Law Offices of Ronald Wilcox<br>1900 The Alameda #530<br>San Jose, CA 95126 |

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct and that this declaration was executed on August 14, 2015 at Los Gatos, California.

/s/ Nanette Dumas