RONALD WILCOX, ESQ.   Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400

UNITED STATES BANKRUPTCY COURT

<u>NORTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

| | | |
|---|---|---|
| In re: Nielsen, George Raymond<br>Nielsen, Deborah Ann<br><br>Debtors | )<br>)<br>)<br>)<br>)<br>) | Case No. 08-57272 MEH<br><br>Chapter 13<br><br>Judge: Hon. ELAINE HAMMOND |

**REQUEST FOR DEFAULT AND ORDER VALUING LIEN OF WELLS FARGO, BANK, N.A., AND JUDGMENT VOIDING LIEN**

The debtors respectfully request the court sustain the Motion to Value Lien of Wells Fargo, Bank, B.A, and enter an Order Valuing the Lien.

On August 13, 2015, a copy of the Motion to Value Lien of Wells Fargo, Bank, N.A., Notice of Opportunity for Hearing; and Certificate of Service; was served on Wells Fargo Bank, N.A.  More than 20 days have elapsed since such service and I have been served with no response or request for hearing.  I declare, under penalty of perjury, that the foregoing is true and correct.

Date: 9/4/15

/s/Ronald Wilcox
Ronald Wilcox

**REQUEST FOR DEFAULT AND ORDER VALUING LIEN OF WELLS FARGO, BANK, N.A., AND JUDGMENT VOIDING LIEN**

1

**Court Service List**

**Debtor**:

George and Deborah Nielsen
6055 Fairhope Place
San Jose, CA 95123

**Trustee:**

Devin Derham-Burk
Chapter 13 Trustee
By Electronic Notice only

Office of the U.S. Trustee
By Electronic Notice only

**Senior Deed of Trust Holder**:
OCWEN Loan Servicing
Attn: Cashiering Department
PO Box 785053
Orlando, FL 3287805053


OCWEN
Attn: Cashiering Department
12650 Ingenuity Druve.
Orlando, FL. 32826

Wells Fargo Bank, NA
Attn: Officer, Managing or General Agent
101 N. Phillips Ave.
Sioux Falls, SD 57104

Wells Fargo Bank, N.A.
PO Box 31557
MAC 695501b
Billings, MT 59107

1.