The following constitutes
the order of the court. Signed September 25, 2015

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

George Raymond Nielsen and

Deborah Ann Nielsen,

                Debtor(s).

) Case No. 08-57272 MEH
)
) Chapter 13
)
)
)
) Date: October 8, 2015
) Time: 9:30 a.m.
) Ctrm: 3020 (San Jose)
)

## ORDER SETTING HEARING ON MOTION TO VALUE

The court has reviewed the debtors' motion to value the lien of Wells Fargo Bank, N.A. (Dkt # 88). The court requires more information from the debtors. It is therefore

ORDERED that a hearing on the debtors' motion to value will be held on October 8, 2015 at 9:30 a.m. The debtors should be prepared to address (1) whether the requested relief can be granted post-confirmation after the subject real property revested in the debtors upon confirmation and the debtors have completed all payments required under the plan, and (2) whether the lien can be avoided in light of the senior lienholder's reduced claim amount, which appears to leave equity for the junior lien to attach.

***END OF ORDER***

**COURT SERVICE LIST**

Via ECF:

All ECF Recipients