Entered on Docket
October 21, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the court. Signed October 21, 2015

M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT for the Northern District of California

| In re<br><br>George Raymond Nielsen and<br>Deborah Ann Nielsen,<br><br>Debtor(s). | Case No. 08-57272 MEH<br><br>Chapter 13<br><br>Date: October 8, 2015<br>Time: 9:30 a.m.<br>Ctrm: 3020 (San Jose) |
|---|---|

**ORDER DENYING MOTION TO VALUE LIEN OF WELLS FARGO BANK, N.A.**

A hearing was held October 8, 2015 on Debtors' motion to value the lien of Wells Fargo Bank, N.A. Ronald Wilcox appeared on behalf of the debtors and Devin Derham-Burk appeared in her capacity as the Chapter 13 Trustee. For the reasons stated on the record, it is hereby

ORDERED that the motion is denied.

***END OF ORDER***

**UNITED STATES BANKRUPTCY COURT**
**for the Northern District of California**

# COURT SERVICE LIST

Via ECF:

Ronald Wilcox, Debtor's counsel
ronaldwilcox@post.harvard.edu

Devin Derham-Burk, Chapter 13 Trustee
ctdocs@ch13sj.com