RONALD WILCOX, ESQ Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:   Nielsen, George Raymond        ) Case No.  08-57272 MEH
         Nielsen, Deborah Ann           )
                                        )
              Debtors                   ) Chapter 13
                                        )
_____ ) Judge:  Hon. M. Elaine Hammond

**NOTICE OF APPEAL**

Debtors George Raymond and Deborah Ann Nielsen hereby appeal under 28 U.S.C. § 158(b) from the Order denying Debtor's Request for Default and Order Valuing Lien of Wells Wells Fargo Bank, N.A and Judgment Voiding Lien, decided in this proceeding on October 8, 2015, and entered on October 21, 2015.  A copy of the October 21, 2015 Order is annexed hereto.

The names of all parties to the decision appealed from and/or the names, addresses, and available telephone numbers of their respective attorneys are as follows:

Ronald Wilcox
1900 The Alameda
Suite 530
San Jose, California 95126
Tel: (408) 296-0400
(Attorney for Debtors)

Wells Fargo Bank, N.A.
Attn: Chief Executive Officer & Director John G. Stumpf
101 N. Phillips Ave.
Sioux Falls, SD 57104
Tel: (605) 575-0900

Wells Fargo Bank, N.A.
Attn: Timothy Sloan Chief Financial Officer
101 N. Phillips Ave.
Sioux Falls, SD 57104
Tel: (605) 575-0900

**Senior Deed of Trust Holder**:
OCWEN Loan Servicing
Attn: Officer, Managing or General Agent
1661 Worthington Rd. #100
West Palm Beach, FL 33409
*Address on Proof of Claim*

OCWEN Loan Servicing
Attn: Cashiering Department
PO Box 24781
West Palm Beach, FL 33416
*Address on Proof of Claim*

Wells Fargo Operations Center
Attn: Officer, Managing or General Agent
PO Box 31557
MAC 695501B
Billings, MT 59107
*Address on Proof of Claim*

Wells Fargo Operations Center
Attn: Officer, Managing or General Agent
PO Box 54780
Los Angeles, CA 90054
*Address on Proof of Claim*

Devin Derham-Burk, Esq.
Chapter 13 Standing Trustee
P.O. Box 50013
San Jose, CA 95150-0013

Dated: October 22, 2015

/s/ Ronald Wilcox
RONALD WILCOX
COUNSEL FOR DEBTORS

Entered on Docket
October 21, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed October 21, 2015

*M. Elaine Hammond*

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>George Raymond Nielsen and<br><br>Deborah Ann Nielsen,<br><br>                    Debtor(s). | Case No. 08-57272 MEH<br><br>Chapter 13<br><br><br>Date:   October 8, 2015<br>Time:  9:30 a.m.<br>Ctrm:  3020 (San Jose) |

### ORDER DENYING MOTION TO VALUE
### LIEN OF WELLS FARGO BANK, N.A.

     A hearing was held October 8, 2015 on Debtors' motion to value the lien of Wells Fargo Bank, N.A. Ronald Wilcox appeared on behalf of the debtors and Devin Derham-Burk appeared in her capacity as the Chapter 13 Trustee. For the reasons stated on the record, it is hereby

     ORDERED that the motion is denied.

***END OF ORDER***

1

**COURT SERVICE LIST**

Via ECF:

Ronald Wilcox, Debtor's counsel
ronaldwilcox@post.harvard.edu

Devin Derham-Burk, Chapter 13 Trustee
ctdocs@ch13sj.com

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

Case: 08-57272    Doc# 107    Filed: 10/22/15    Entered: 10/22/15 13:43:05    Page 4 of 6

# COURT SERVICE LIST

Notice will be electronically mailed to Registered ECF Participants.

# CERTIFICATE OF SERVICE VIA U.S. MAIL

I, the undersigned, declare that I am employed in the County of Santa Clara. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 The Alameda, Suite 530, San Jose, California 95126. On October 22, 2015, I served a true and correct copy of the *Notice of Appeal* via U.S. Mail, enclosed in a sealed envelope with proper postage prepaid, to the following:

Wells Fargo Bank, N.A.
Attn: Chief Executive Officer & Director John G. Stumpf
101 N. Phillips Ave.
Sioux Falls, SD 57104
Tel: (605) 575-0900

Wells Fargo Bank, N.A.
Attn: Timothy Sloan Chief Financial Officer
101 N. Phillips Ave.
Sioux Falls, SD 57104
Tel: (605) 575-0900

**Senior Deed of Trust Holder**:
OCWEN Loan Servicing
1661 Worthington Rd. #100
West Palm Beach, FL 33409
*Address on Proof of Claim*

OCWEN Loan Servicing
Attn: Cashiering Department
PO Box 24781
West Palm Beach, FL 33416
*Address on Proof of Claim*

Wells Fargo Operations Center
PO Box 31557
MAC 695501B
Billings, MT 59107
*Address on Proof of Claim*

Wells Fargo Operations Center
PO Box 54780
Los Angeles, CA 90054
***Address on Proof of Claim***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 22, 2015                  /s/ Ronald Wilcox
                                                   Ronald Wilcox