UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
280 South First Street, Room 3035
San Jose, CA 95113-3099

## TRANSMITTAL FORM

TO: Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA, 91105

| | |
|---|---|
| CASE NAME: | George Raymond Nielsen and Deborah Ann Nielsen |
| BANKRUPTCY NO.: | 08-57272 MEH |
| BANKRUPTCY JUDGE: | M. Elaine Hammond |
| DATE NOTICE OF APPEAL FILED: | 10/22/2015 |
| DATE OF ENTRY OF ISSUE: | 10/21/2015 |
| DATE BANKRUPTCY FILED: | 12/16/2008 |
| NOTICE OF OBJECTION FILED: | |
| DATE OF TRANSMITTAL: | 10/23/2015 |

PLEASE STAMP YOUR CASE NUMBER on a copy of this transmittal form and return the copy to the bankruptcy court.

_____
Deputy Clerk