```
                          United States Bankruptcy Court
                          Northern District of California
```

In re:                                                          Case No. 08-57272-MEH
George Raymond Nielsen                                          Chapter 13
Deborah Ann Nielsen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0971-5          User: nortiz              Page 1 of 1          Date Rcvd: Oct 23, 2015
                              Form ID: NTCRFBK          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2015.
              +OCWEN Loan Servicing,    Attn: Cashiering Department,    PO Box 24781,
                West Palm Beach, FL 33416-4781
              +Wells Fargo Bank, N.A.,    Attn: Chief Executive Officer & Director,    John G. Stumpf,
                101 N. Phillips Ave.,    Sioux Falls, SD 57104-6738
              +Wells Fargo Bank, N.A.,    Attn: Timothy Sloan CFO,    101 N. Phillips Ave.,
                Sioux Falls, SD 57104-6714
              +Wells Fargo Operations Center,    Attn: Officer, Managing or General Agent,    PO Box 31557,
                MAC 695501B,   Billings, MT 59107-1557
              +Wells Fargo Operations Center,    Attn: Officer, Managing or General Agent,    PO Box 54780,
                Los Angeles, CA 90054-0780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +Fax: 407-737-5634 Oct 24 2015 02:33:29     OCWEN Loan Servicing,
                Attn: Officer, Managing or General Agent,    1661 Worthington Rd. #100,
                West Palm Beach, FL 33409-6493
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2015                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2015 at the address(es) listed below:
              Alexandra  DeLateur    on behalf of Trustee Devin  Derham-Burk ctdocs@ch13sj.com
              Brian H. Tran    on behalf of Creditor   Deutsche Bank National Trust Company, as trustee for DSLA
               Mortgage Loan Trust 2005-AR5 DSLA Mortgage Pass-Through Certificates, Series 2005-AR5, c/o Ocwen
               Loan Servicing, LLC bankruptcy@zievelaw.com,   btran@zievelaw.com
              Brian H. Tran    on behalf of Creditor   Ocwen Loan Servicing, LLC bankruptcy@zievelaw.com,
               btran@zievelaw.com
              Daniel I. Singer    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               the Registered Holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates,
               Series 2006-AR2 bankruptcy@zievelaw.com
              Devin  Derham-Burk    ctdocs@ch13sj.com
              Jennifer A. Bender    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               the Registered Holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates,
               Series 2006-AR2 bankruptcy@zievelaw.com,   jbender@zievelaw.com
              Les  Zieve    on behalf of Requestor   Ocwen Loan Servicing, LLC bankruptcy@zievelaw.com
              Nanette  Dumas    on behalf of Trustee Devin  Derham-Burk ctdocs@ch13sj.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,   ltroxas@hotmail.com
              Ronald  Wilcox    on behalf of Debtor George Raymond Nielsen ronaldwilcox@post.harvard.edu
              Ronald  Wilcox    on behalf of Joint Debtor Deborah Ann Nielsen ronaldwilcox@post.harvard.edu
                                                                                               TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>George Raymond Nielsen and Deborah Ann Nielsen<br>aka   Ray Nielsen<br>aka   Debbie Nielsen | Case No.: 08−57272 MEH 13<br>Chapter: 13 |

## NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

**To All Parties:**

You are hereby notified the enclosed Notice of Appeal has been filed by <u>George Raymond Nielsen and Deborah Ann Nielsen</u> with the Clerk of the Bankruptcy Court. Pursuant to orders of the Judicial Council of the Ninth Circuit and the United States District Court for this district, this appeal is referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: <u>10/23/15</u>

        Edward J. Emmons
        Clerk of Court
        United States Bankruptcy Court


    By: <u>Norma Ortiz−Arendt</u>
           Deputy Clerk


**NOTICE FROM CLERK OF 9TH CIRCUIT BAP:** For all cases opened at the BAP beginning February 1, 2015, all excerpts of record must be filed electronically and no paper copies will be necessary. In all other cases effective immediately any attorney or other electronic filer may file the excerpts electronically without submitting paper copies. Please see Rule 3 of the Administrative Order Regarding Electronic Filing in BAP Cases available on the BAP website at www.ca9.uscourts.gov/bap/.