The following constitutes
the order of the court. Signed March 9, 2016

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

George Raymond Nielsen and

Deborah Ann Nielsen,

               Debtor(s).

Case No. 08-57272 MEH

Chapter 13

Date: October 8, 2015
Time: 9:30 a.m.
Ctrm: 3020 (San Jose)

## ORDER VALUING LIEN OF WELLS FARGO BANK, N.A.

On October 8, 2015, the court held a hearing on Debtors' motion to value the lien of Wells Fargo Bank, N.A. against the property commonly known as 6055 Fairhope Place, San Jose, CA 95123 and more fully described in Exhibit A to Dkt # 91, which lien was recorded in Santa Clara County on or about December 19, 2016 as document 19232530 (hereinafter the Lien). Ronald Wilcox appeared for Debtors.

The court finds that notice of the motion was proper. Upon due consideration, and for the reasons stated in the accompanying order, the court hereby orders as follows.

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Wells Fargo Bank, N.A. does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge or completion of plan payments in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge or completes plan payments, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

***END OF ORDER***

## COURT SERVICE LIST

Wells Fargo Bank, N.A.
Attn: Officer
101 N. Phillips Avenue
Sioux Falls, SD 57104

Via ECF:

Ronald Wilcox, Debtors' counsel
ronaldwilcox@post.harvard.edu

Devin Derham-Burk, Chapter 13 Trustee
ctdocs@ch13sj.com

3